IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORI A. SIDNER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 16-cv-00223-KD-B |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
|     Defendant. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and upon consideration that the motion to remand (Doc. 16) is unopposed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 7, 2016, is **ADOPTED** as the opinion of this Court.[1] Accordingly, this matter is **REMANDED** to the Commissioner of the Social Security Administration.

**DONE** and **ORDERED** this **12th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Because the motion is unopposed, the Court has ruled prior to the conclusion of the objection period.