IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORI A. SIDNER, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 16-00223-KD-B |
| : | |
| NANCY BERRYHILL, Acting Commissioner : | |
| of Social Security, : | |
|     Defendant. : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 7, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that that Plaintiff's unopposed Application for Attorney Fees under the *Equal Access to Justice Act* ("EAJA") is **GRANTED** such that Plaintiff is awarded a reasonable attorney's fee in the amount of **$2,931.02** under the EAJA for legal services rendered by her attorney in this Court. No costs are taxed.

**DONE** and **ORDERED** this the **25th** day of **April 2017.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**